# Order

**Supreme Court**
**Lansing, Michigan**

September 28, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128119

DAVID J. RITZER,
                Plaintiff-Appellant,

v

LOCKPORT-FABIUS-PARK TOWNSHIP
FIRE DEPARTMENT,
                Defendant-Appellee.

SC: 128119
COA: 253262
St. Joseph CC: 02-001250-CZ

_____/

On order of the Court, the application for leave to appeal the February 8, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005

Clerk

d0919